HIRAM BOYER, Appellant, v. BOSWELL D. BROWN, Respondent.

*New trial — case on appeal from order granting — what should contain.*

When a new trial is granted upon the judge's minutes, it must be considered as granted upon all the proceedings of the trial, including all the testimony and the charge of the judge ; and when the case on appeal does not profess to contain the whole evidence, and gives only a portion of the judge's charge, the appellate court cannot say that the granting of a new trial was error.

APPEAL from an order of the County Court of Herkimer county, granting new trial.

*Link & Dennison*, for the appellant.

*Burrows & Palmer*, for the respondent.

Opinion by Smith, J.

Present — Mullin, P. J., Smith and Gilbert, JJ.

Judgment affirmed.